NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 19 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEPHEN KERR EUGSTER, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> PAULA LITTLEWOOD, Executive Director, WSBA, in her official capacity; et al., <br><br> Defendants-Appellees. | No. 18-35421 <br><br> D.C. No. 2:17-cv-00392-TOR <br><br> MEMORANDUM* |

Appeal from the United States District Court
for the Eastern District of Washington
Thomas O. Rice, Chief Judge, Presiding

Submitted March 12, 2019**

Before:     LEAVY, BEA, and N.R. SMITH, Circuit Judges.

Attorney Stephen Kerr Eugster appeals pro se from the district court's

judgment dismissing his antitrust and 42 U.S.C. § 1983 action.  We have

jurisdiction under 28 U.S.C. § 1291.  We affirm.

---

\*        This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*        The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

In his opening brief, Eugster fails to address any of the grounds for dismissal and has therefore waived his challenge to the district court's order. *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) ("[W]e will not consider any claims that were not actually argued in appellant's opening brief."); *Acosta–Huerta v. Estelle*, 7 F.3d 139, 144 (9th Cir. 1993) (issues not supported by argument in pro se appellant's opening brief are waived).

Eugster's request for oral argument, set forth in his opening brief, is denied.

**AFFIRMED.**